UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THADDEUS FRITH**                                   **CIVIL ACTION**

**VERSUS**                                                   **NO. 14-0702**

**STEVE RADER**                                       **SECTION "H"(4)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Thaddeus Frith's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 6th day of April, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**